1  HOOTAN TROY FARAHMAND (SBN: 230345)
   3575 Cahuenga Bl. West, #580
2  Los Angeles, CA 90068
   Telephone: (310) 560-0606
3  Facsimile: (310) 829-0225
   Email: htflaw@aol.com
4
   Attorneys for Plaintiff
5  STAR FABRICS, INC.
6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10
11
   STAR FABRICS, INC., a California          Case No. CV12- 01861 GHK (PLA)
12 corporation,
                                             **PLAINTIFF'S COMPLAINT FOR:**
13            Plaintiff,
                                             1. COPYRIGHT INFRINGEMENT;
14 vs.
                                             2. VICARIOUS AND/OR
15                                              CONTRIBUTORY COPYRIGHT
   LIA, INC., a California Corporation;         INFRINGEMENT;
16 D'CLOSET, INC., a California
   Corporation; ENC CLOTHING,              Jury Trial Demanded
17 INC., dba ZIZIBEH, a California
   Corporation; CLOSET, a Business
18 Entity Unknown; MYUNG BO KIM,
   an Individual; and DOES 1 through
19 10,
20            Defendants.
21
22
23
24
25
26     Plaintiff STAR Fabrics, INC. ("Plaintiff" or "STAR FABRICS"), by and

27 though its undersigned attorneys, hereby prays to this honorable Court for relief and

28 remedy based on the following:

                                    1

**INTRODUCTION**

Plaintiff creates and obtains unique two-dimensional graphic artworks for use on textiles, which textiles are transaction primarily in the fashion industry. Plaintiff owns these designs in exclusivity and makes sales of products bearing these designs for profit. This action is brought to recover damages for direct, vicarious, and contributory copyright infringement arising out of the misappropriation of Plaintiff's intellectual property rights in certain of these designs, and breach of contract, by Defendants, and each of them.

**JURISDICTION AND VENUE**

1.    This action arises under the Copyright Act of 1976, Title 17 U.S.C. § 101 *et seq.*

2.    This Court has federal question jurisdiction under 28 U.S.C. § § 1331(m), 1338 (a-b).

3.    Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

**PARTIES**

4.    Plaintiff STAR FABRICS is a corporation organized and existing under the law of the State of California with its principal place of business located at 1440 East Walnut, Los Angeles, California 90011.

5.    Plaintiff is informed and believes and thereon alleges that Defendant LIA, INC. ("LIA") is a corporation organized and existing under the laws of the State of California, with its principal place of business located at 2233 Damon St., Los Angeles, California 90021, and is doing business in and with the State of California.

6.    Plaintiff is informed and believes and thereon alleges that Defendant D'CLOSET, INC. ("D'CLOSET") is a corporation organized and existing under the laws of the State of California, with its principal place of business located at

2

1    1100 S. San Pedro St. #0-17, Los Angeles, California 90015, and is doing business

2    in and with the State of California.

3       7.    Plaintiff is informed and believes and thereon alleges that Defendant

4    ENC CLOTHING, INC., doing business as ZIZIBEH ("ENC"), is a corporation

5    organized and existing under the laws of the State of California, with its principal

6    place of business located at 731 E. 14th Street, Los Angeles, California 90021, and

7    is doing business in and with the State of California.

8       8.    Plaintiff is informed and believes and thereon alleges that Defendant

9    CLOSET is a business entity of form unknown, with its principal place of business

10    located at 324 Horton Plaza, #289, San Diego, California 92101, and is doing

11    business in and with the State of California.

12       9.    Plaintiff is informed and believes and thereon alleges that Defendant

13    MYUNG BO KIM ("KIM") is an individual residing in California, who at the time

14    of the events giving rise to this lawsuit resided and did business in California. This

15    lawsuit arises out of KIM's purposeful conduct and activities within the State of

16    California, which created a substantial connection with this forum.

17       10.   Plaintiff is informed and believes and thereon alleges that some of

18    Defendants DOES 1 though 3, inclusive, are manufacturers and/or vendors of

19    garments to Defendant, which DOE Defendants have manufactured and/or supplied

20    and are manufacturing and/or supplying garments comprised of fabric printed with

21    Plaintiff's copyrighted design(s) (as hereinafter defined) without Plaintiff's

22    knowledge of consent or have contributed to said infringement. The true names,

23    whether corporate, individual or otherwise, of Defendants DOES 1-3, inclusive, are

24    presently unknown to Plaintiff, which therefore sues said Defendants by such

25    fictitious names and will seek leave to amend this complaint to show their true

26    names and capacities when the same have been ascertained.

27       11.   Defendant DOES 4 though 10, inclusive, are other parties not yet

28    identified who have infringed Plaintiff's copyright, have contributed to the

1   infringement of Plaintiff's copyrights, or have engaged in one or more of the
2   wrongful practices alleged herein. The true names, whether corporate, individual,
3   or otherwise, of Defendants 4 through 10, inclusive, are presently unknown to
4   Plaintiff, which therefore sues said Defendants by such fictitious names, and will
5   seek leave to amend this Complaint to show their true names and capacities when
6   the same have been ascertained.

7       12.    Plaintiff is informed and believes and thereon alleges that at all times
8   relevant hereto each of the Defendants was the agents, affiliate, officer, director,
9   manager, principal, alter-ego, and/or employee of the remaining Defendants and
10  was at all times acting within the scope of such agency, affiliation, alter-ego
11  relationship and/or employment; and actively participated in or subsequently
12  ratified and adopted, or both, each and all of the acts of conduct alleges, with full
13  knowledge of all the facts and circumstances, including, but not limited to, full
14  knowledge of each and every violation of Plaintiff's rights and the damages to
15  Plaintiff proximately caused thereby.

16  **CLAIMS RELATED TO DESIGN TITLES "NO. 61686"**

17      13.    Prior to the conduct complained of herein, Plaintiff purchased original
18  source artwork from an Italian art studio and created a design suitable for printing
19  on textiles.   Plaintiff allocated to this artwork the Internal Design Code "No.
20  61686" ("Subject Design") (attached hereto as "EXHIBIT 1").

21      14.    Plaintiff applied for copyright registration from the United States
22  Copyright Office and was granted Registration No. VA0001682091 on January 5,
23  2009 (attached hereto as "EXHIBIT 2").

24      15.    Plaintiff formatted the Subject Design for use on textiles, sampled the
25  Subject Design to prospective customers, and negotiated sales of fabric bearing the
26  Subject Design.

27      16.    Plaintiff's investigation into the unlawful use of its proprietary designs
28  revealed that LIA and/or D'CLOSET were producing, manufacturing, distributing,

COMPLAINT

1   and/or selling for profit garments which infringed the Subject Design (collectively,
2   "Infringing Garments A and B") (a photograph of Infringing Garments A and B are
3   attached hereto as "EXHIBIT 3").

4       17.    Plaintiff's investigation further revealed that LIA and/or D'CLOSET
5   sold to ENC, KIM and DOE defendants garments in at least two color ways which
6   infringed the Subject Design ("Infringing Garments A").

7       18.    Plaintiff's investigation into the unlawful use of its proprietary designs
8   also revealed that ENC, KIM and DOE defendants were purchasing, distributing,
9   and selling for profit Infringing Garments A.

10       19.    Plaintiff's investigation further revealed that LIA and/or D'CLOSET
11   sold to CLOSET and DOE defendants garments in at least two color ways which
12   infringed the Subject Design ("Infringing Garments B").

13       20.    Plaintiff's investigation into the unlawful use of its proprietary designs
14   also revealed that CLOSET and DOE defendants were purchasing, distributing, and
15   selling for profit Infringing Garments B.

16       21.    Plaintiff is informed and believes, and thereon alleges, that LIA and/or
17   D'CLOSET made slight alterations to the Subject Design and had its modified
18   design printed elsewhere in at least two color ways, with knowledge that the
19   Subject Design was Plaintiff's proprietary design.

20       22.    None of the aforementioned transactions in Paragraphs 16 through 21
21   of this Complaint were authorized by Plaintiff, and all were in violation of
22   Plaintiff's intellectual property rights.

23   **FIRST CLAIM FOR RELIEF**

24   (For Copyright Infringement – Against All Defendants)

25       23.    Plaintiff repeats, realleges, and incorporates herein by reference as
26   though fully set forth the allegations contained in the preceding paragraphs of this
27   Complaint.

28

24.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, accessed the Subject Design through, without limitation, the following: (a) access to Plaintiff's design library; (b) access to authorized or unauthorized reproductions in the possession of other vendors, retail stores, and/or DOE Defendants; and (c) access to Plaintiff's strike-offs, swatches, paper CADs and samples.

25.     Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor.  Plaintiff is further informed and believes and thereon alleges that said Defendant(s) has an ongoing business relationship with Defendant retailers, and each of them, and supplied garments to said retailers, which garments infringed the Subject Design in that said garments were composed of fabric which featured unauthorized print designs that were identical or substantially similar to the Subject Design.

26.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by importing, creating, making, advertising and/or developing directly infringing and/or derivative works from the Subject Design and by importing, producing, distributing, and/or selling Infringing Garments A and/or Infringing Garments B through a nationwide network of retail stores and through on-line websites.

27.     Due to the acts of infringement of Defendants, and each of them, Plaintiff has suffered substantial damages to its business in an amount to be established at trial.

28.     Due to the acts of infringement of Defendants, and each of them, Plaintiff has suffered general and special damages in an amount to be established at trial.

29.     Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Design.  As

6

**COMPLAINT**

1   such, Plaintiff is entitled to disgorgement of Defendants' profits directly and
2   indirectly attributable to Defendants' infringement of the Subject Design in an
3   amount to be established at trial.

4       30.   Plaintiff is informed and believes and thereon alleges that Defendants'
5   acts of copyright infringement as alleged above were, and continue to be, willful,
6   intentional, and malicious, subjecting Defendants, and each of them, to liability for
7   statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to
8   one hundred fifty thousand dollars ($150,000) per infringement.   Further,
9   Defendants, and each of them, willfully and intentionally misappropriated, palmed-
10  off and/or infringed Plaintiff's copyrighted Subject Design, which renders
11  Defendants, and each of them, liable for statutory damages as described herein.
12  Within the time permitted by law, Plaintiff will make its election between actual
13  damages and statutory damages.

14                    **SECOND CLAIM FOR RELIEF**
15        (For Vicarious and/or contributory Copyright Infringement – Against All
16                              Defendants)

17      31.   Plaintiff repeats, realleges, and incorporates herein by reference as
18  though fully set forth the allegations contained in the preceding paragraphs of this
19  Complaint.

20      32.   Plaintiff is informed and believes and thereon alleges that Defendants,
21  and each of them, knowingly induced, participated in, aided and abetted in, and
22  resultantly profited from the illegal reproduction, importation, purchase,
23  distribution, advertising and/or sales of product featuring the Subject Design as
24  alleged hereinabove.

25      33.   Plaintiff is informed and believes and thereon alleges that Defendants,
26  and each of them, are vicariously liable for the infringement alleged herein because
27  they had the right and ability to supervise the infringing conduct and because they
28  had a direct and financial interest in the infringing conduct.

7

34.    By reason of the acts of contributory and/or vicarious infringement of Defendants, and each of them, as alleged above, Plaintiff has suffered and will continue to suffer substantial damages to its business in an amount to be established at trial, as well as additional general and special damages in an amount to be established at trial.

35.    Due to Defendants' acts of contributory and/or vicarious copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Design.  As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Design, in an amount to be established at trial.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

### ***Against All Defendants***

1. <u>With Respect to Each Claim for Relief</u>

   a. That Defendants, their agents and servants, be enjoined from infringing Plaintiff's copyright in any manner;

   b. That Plaintiff be awarded all profits of Defendants directly and indirectly attributable to Defendants' infringement of Plaintiff's copyright, plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or if elected, before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 *et seq.*;

   c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 *et seq.*;

   d. That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

   e. That Plaintiff be awarded pre-judgment interest as allowed by law;

1      f.   That Plaintiff be awarded the costs of this action; and

2      g.   That Plaintiff be awarded such further legal and equitable relief as the

3         Court deems proper.

4

5   DATED: March 5, 2012

6                            By: _____

7                               HOOTAN TROY FARAHMAND, ESQ.
Attorneys for Plaintiff

8                               STAR FABRICS, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury in this action pursuant to F.R.C.P. 38 and the Seventh Amendment of the Constitution.

DATED: March 5, 2012

By: _____
   HOOTAN TROY FARAHMAND, ESQ.
   Attorneys for Plaintiff
   STAR FABRICS, INC.

10

COMPLAINT

# EXHIBIT 1



**EXHIBIT 2**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**
**VA 1-682-091**

Effective date of
registration:
January 5, 2009

## Title

| | |
|---|---|
| **Title of Work:** | (a) 61686, 61687 & 61688 (b) 61692 |
| **Nature of Work:** | Designed Textile Artwork |

## Completion/ Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | December 17, 2008 |

## Author

| | |
|---|---|
| ▪ **Author:** | Blue Studio srl |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Italy |
| ▪ **Author:** | Pattern |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United Kingdom |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Star Fabrics, Inc. |
| | 1440 Walnut Street, Los Angeles, CA, 90011 |
| **Transfer Statement:** | Assignment |

## Certification

| | |
|---|---|
| **Name:** | Adir Haroni |
| **Date:** | December 30, 2008 |

**EXHIBIT 3**

**"INFRINGING GARMENT A"**





**"INFRINGING GARMENT B"**





# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

## CV12- 1861 GHK (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================================

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

HOOTAN TROY FARAHMAND (SBN: 230345)
3575 Cahuenga Bl. West, #580
Los Angeles, CA 90068
Telephone: (310) 560-0606
Facsimile: (310) 829-0225

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| STAR FABRICS. INC., a California Corporation, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV12-01861 GHK (PLAx) |
| LIA, INC., a California Corporation, | |
| Please see attached form for list of additional parties DEFENDANT(S). | SUMMONS |

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _H. Troy Farahmand_____, whose address is _3575 Cahuenga Bl. West, #580 Los Angeles, CA 90068_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _March 5, 2012_____

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

## ADDITIONAL PARTIES ATTACHMENT
### Attachment to Summons

**SHORT TITLE: Star Fabrics vs. Lia, Inc., et al.**

**List additional parties DEFENDANTS:**

D'CLOSET, INC., a California Corporation; ENC CLOTHING, INC., dba ZIZIBEH, a California Corporation; CLOSET, a Business Entity Unknown; MYUNG BO KIM, an Individual; and DOES 1 through 10.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>Star Fabrics, Inc., a California Corporation | DEFENDANTS<br>LIA, INC., et al. |

| | |
|---|---|
| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):<br>Principal place of business located in Los Angeles, California |

| | |
|---|---|
| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Hootan Troy Farahmand, Esq.<br>3575 Cahuenga Blvd. West, Suite 580<br>Los Angeles, California 90068<br>Tel.: (310) 560-0606 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No        ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C Sec. 101, et seq., 1. COPYRIGHT INFRINGEMENT, 2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No  ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**   Case Number: _____   CV12 01861

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

### AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b).  RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No   ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
Los Angeles, County

List the California County, or State if other than California, in which **EACH** named defendant resides.  (Use an additional sheet if necessary).
☐   Check here if the U.S. government, its agencies or employees is a named defendant.
LIA, INC.: Los Angeles County
D'CLOSET, INC.: Los Angeles County
ENC CLOTHING, INC., dba ZIZIBEH: Los Angeles County
CLOSET: Unknown
MYUNG BO KIM: Los Angeles County

**List the California County,** or State if other than California, in which **EACH** claim arose.  (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.
Los Angeles

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date _____ March 5, 2012

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |