**FILED: 3/7/2013**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Star Fabrics, Inc.*, | CASE NO. CV 12-1861-GHK (PLAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Lia, Inc., et al.*, | |
| Defendants. | |

Pursuant to the Court's February 11, 2013 Orders, IT IS **ORDERED, ADJUDGED, AND DECREED** that default judgment shall be entered in favor of Plaintiff Star Fabrics, Inc. ("Plaintiff") against Defendants Closet, an unknown entity, ("Closet") and D'Closet, Inc. ("D'Closet" and collectively with Closet, "Defendants"). Against Closet, we award judgment in the following amounts: (1) $15,000 in statutory damages; (2) $1,500 in attorney fees pursuant to Local Rule 55-3; and (3) $650 in costs. Against D'Closet, we award judgment in the following amounts: (1) $15,000 in statutory damages; (2) $1,500 in attorney fees pursuant to Local Rule 55-3; and (3) $650 in costs.

Further, pursuant to the Court's February 11, 2013 Orders, Defendants are permanently enjoined as follows: Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from: (1) infringing Plaintiff's intellectual

1  properties, including its copyrights and trademarks ("Plaintiff's Properties"), either
2  directly or contributorily, in any manner, including generally, but not limited to
3  manufacturing, importing, distributing, advertising, selling and/or offering for sale any
4  merchandise which features any of Plaintiff's Properties, and, specifically: importing,
5  manufacturing, distributing, advertising, selling and/or offering for sale unauthorized
6  merchandise featuring Plaintiff's Properties ("Infringing Products") or any other
7  unauthorized products which picture, reproduce, copy or use the likenesses of or bear a
8  substantial similarity to any of Plaintiff's Properties; (2) importing, manufacturing,
9  distributing, advertising, selling and/or offering for sale in connection thereto any
10 unauthorized promotional materials, labels, packaging or containers which picture,
11 reproduce, copy or use the likenesses of or bear a confusing similarity to any of
12 Plaintiff's Properties; (3) engaging in any conduct that tends falsely to represent that, or
13 is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or
14 members of the public to believe, the actions of Defendants, the products sold by
15 Defendants, or Defendants themselves are connected with Plaintiff, are sponsored,
16 approved or licensed by Plaintiff, or are affiliated with Plaintiff; (4) affixing, applying,
17 annexing or using in connection with the importation, manufacture, distribution,
18 advertising, sale and/or offer for sale or other use of any goods or services, a false
19 description or representation, including words or other symbols, tending to falsely
20 describe or represent unauthorized goods as being those of Plaintiff.  Defendants are
21 ordered to deliver for destruction to Plaintiff's counsel, within thirty (30) days of service
22 upon Defendants of this injunction, all Infringing Products, and any other unauthorized
23 products which picture, reproduce, copy or use the likenesses of or bear a substantial
24 similarity to any of Plaintiff's Properties and any labels, signs, prints, packages, dyes,
25 wrappers, receptacles and advertisements relating thereto in their possession or under
26 their control bearing any of Plaintiff's Properties or any simulation, reproduction,
27 counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers,
28

1 | screens, matrices and other means of making the same.

2 | **IT IS SO ORDERED**.

3 | DATED: March 7, 2013

_____
GEORGE H. KING
Chief United States District Judge